**Motion for Extension of Time Granted, Memorandum Opinion filed October 15, 2019, Withdrawn, Appeal Reinstated, and Order filed November 5, 2019, 2015.**

### In The

# Fourteenth Court of Appeals

_____

### NO. 14-19-00595-CV
_____

## CHARLIE JONES, Appellant

## V.

## US BANK TRUST N.A., Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1134285**

## ORDER

On October 15, 2019, this court issued an opinion dismissing this appeal for want of prosecution. On October 22, 2019, appellant filed a motion to extend time to file his brief. Appellant's motion was mailed October 8, 2019, before this court's opinion issued, but did not arrive through the mail until October 22, 2019. Appellant's motion is granted.

This court's opinion filed October 15, 2019, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated. Appellant's brief is due on or before December 5, 2019.


PER CURIAM


Panel Consists of Justices Justices Christopher, Spain, and Poissant.